

**ORDERED in the Southern District of Florida on August 9, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re:  )<br>  )<br>  )<br>VIACAO ITAPEMIRIM, S.A., *et al.*,  )<br>  )<br>         Debtors.  )<br>_____) | CASE NO.  18-24871-RAM<br>CHAPTER  15 |

**ORDER (1) GRANTING FOREIGN REPRESENTATIVE'S
MOTION TO RECONSIDER, (2) DENYING CAMILO COLA FILHO'S
MOTION TO DISMISS, AND (3) LIFTING STAY OF DISCOVERY**

By order dated June 3, 2020 (the "June 3rd Order") [DE #189], the Court (i) reserved ruling on Camilo Cola Filho's Motion to Dismiss or, in the Alternative, for Abstention (the "Motion to Dismiss") [DE# 141], (ii) indicated that it would exercise its authority under 11 U.S.C. § 1525(b) to correspond with the judge presiding over the Debtors' foreign main proceeding, Judge Joao de

Oliveira Rodrigues Filho ("Judge Joao"), for purposes of determining whether cause exists to grant the Motion to Dismiss, and (iii) granted, without prejudice, Camilo Cola Filho's Motion to Stay Discovery [DE# 164] (the "Motion to Stay Discovery").

On June 15, 2020, Elias Mubarak Junior, the Foreign Representative, moved for reconsideration of the Court's June 3rd Order (the "Motion to Reconsider") [DE #190].  As cause for reconsideration, the Foreign Representative argued that a June 5, 2020 decision by Judge Joao contains information sufficient for this Court to find cause to deny Camilo Cola Filho's Motion to Dismiss. A copy of Judge Joao's June 5, 2020 decision is attached to the Foreign Representative's Motion to Reconsider.

The Court conducted a hearing on the Motion to Reconsider on August 5, 2020.  Having considered the record in this case and the arguments of counsel at the August 5, 2020 hearing, and for the reasons stated on the record at the hearing, which are incorporated here by reference, the Court finds that Judge Joao's June 5, 2020 decision eliminates the need to request further clarification from the Brazilian court.  The June 5th decision establishes that this chapter 15 case remains authorized and that Judge Joao finds it appropriate and useful for the Foreign Representative to continue the investigations and discovery that he is pursuing in this chapter 15 case.  Therefore, the Court the Court finds no cause to grant the Motion to Dismiss, no cause to maintain the stay of discovery, and

no cause to send Judge Joao the correspondence that is attached to the June 3rd Order. Based upon these findings, it is -

**ORDERED** as follows:

1. The Motion to Reconsider is granted.

2. The stay of discovery imposed by the June 3rd Order is lifted.

3. The Motion to Dismiss is denied.

###

COPIES TO:

Barry S. Turner, Esq.
Gary M. Freedman, Esq.
Leyza Blanco, Esq.